THE UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

Case No. 08-0719(JR)

DOROTHY DIER
Incapacitated
Summit Park Holding Facility
1502 Frederick Rd. Catonsville, MD 21228
JERRY L. DIER, her son and next friend          Petition for a Writ of
11448 Rowley Rd. Clarksville, MD 21029           Habeas Corpus for a
(202)276-8716                                    Person found Incapacitated
                    Plaintiffs
                                                 In State Custody

        vs.
                                                 In The
PHYLLIS MADACHY, DIRECTOR                         Howard County
OFFICE OF AGING,                                  Circuit Court
HOWARD COUNTY, MARYLAND                           Case No: 13-C-0563324
Court Appointed Guardian of the Person
DOROTHY DIER held incapacitated
Designated agents, Peggy Rightenauer, Opheila Ross
6751 Gateway Drive, Columbia, MD 21046  and
JUDGE DENNIS SWEENEY,                             REQUEST FOR
State of Maryland, Howard County Circuit Court,   EMERGENCY
Howard County, Maryland                          HEARING
8360 Court Avenue, Ellicott City, MD 21043
Summit Park Health and Rehabilitation Center
Court Ordered Holding Facility
Director, Jacqueline. Hardy and designee Lottie Dorsey
And Doctors Bernhard, Baskeran and Tansandra and
Unit manager, Kim Williams and
Charge nurse, Richards, amongst others
1502 Old Frederick Rd.
Catonsville, MD  21228
                    Defendants

---

**SUPPLEMENT, REQUESTING IMMEDIATE RELIEF FROM STATE OF
MARYLAND, HOWARD COUNTY DNR AND WITHOLD ORDER SO AS NOT
TO DEPRIVE THIS COURT OF JURISDICTION TO ENTERTAIN PETITION
PURSUANT TO 28 U.S.C. SECT. 2241 and 2254, FOR WRIT OF HABEAS
CORPUS BY A PERSON IN STATE CUSTODY-PLAINTIFF'S SEEKS HABEAS
CORPUS RELIEF, RELEASE FROM STATE CUSTODY, UNDER THE UNITED
STATES CONSTITUTION FOR VIOLATION OF PLAINTIFF'S FOURTH,
SIXTH,  EIGHTH AND FOURTEENTH AMENDMENT RIGHTS, NAMELY
RIGHT TO PRIVACY, RIGHT TO COUNSEL, RIGHT TO A FAIR TRIAL,
RIGHT TO BE PRESENT, RIGHT TO A JURY TRIAL, RIGHT TO DUE
PROCESS OF LAW**

RECEIVED

MAY – 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECENT DEVELOPMENTS

On May 1, 2008, the State of Maryland Howard County Circuit Court, Judge Mc Crone, the successor judge to Judge Sweeney, who retired, held a hearing at St. Agnes Hospital, Baltimore City at which time Dorothy Dier was not afforded "due process of law" and subsequent thereto entered a Order( App. 1) dated May 5, 2008, that has the effect of depriving Your Habeas Claimant DOROTHY DIER, of her *right to life without the safeguards noted in Cruzan, such as the petitioner presenting clear and convincing evidence under the substituted judgment doctrine-in fact the petitioner, the State, through the Office of Aging, the moving part presented NO EVIDENCE as regards substituted judgment/expressions of the Dorothy Dier's desire, wish or intent-the State Court heard the testimony of your writer, Jerry L. Dier which sent unchallenged, no questions asked and in a self serving arbitary abuse of discretion found it to be unreliable.*

Immediate action is required to preserve this Court's jurisdiction pursuant to 28 U.S.C. 1651.  Said order is dated May 5, 2008.

I, Jerry L. Dier, the son and next best friend of DOROTHY DIER, a "true innocent" place My Darling Mother's life in in your hands.

2

Dated: May 5, 2008

Respectfully submitted,

Jerry L. Dier, Pro se
11448 Rowley Rd.
Clarksville, MD 21029
Son and next best friend
(202)276-8716

Verification

I declare under penalty of perjury under the laws of the United States of America that the foregoing in true and correct. Executed on May 5, 2008.

Jerry L. Dier

| IN THE MATTER OF | * | IN THE |
| DOROTHY DIER FOR THE | * | CIRCUIT COURT |
| APPOINTMENT OF A GUARDIAN | * | FOR |
| OF THE PERSON | * | HOWARD COUNTY |
| | * | CASE NO. 13-C-05-63324 |

\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*

## ORDER

Upon consideration of the Howard County Office on Aging's Request to Withhold and Withdraw Treatment and Request for DNR Order, the reply thereto and a hearing having been held May 1, 2008, the Court finds by clear and convincing evidence that the withholding or withdrawal of life-sustaining procedures is in the best interest of Dorothy Dier, pursuant to Md. Code Ann., Est. & Trusts § 13-713. It is therefore, this 5 day of May 2008, hereby

ORDERED, that Susan Beath, Administrator of the Howard County Office on Aging, or her designee/successor shall be, and hereby is, granted the authority to consent to the withdrawal from Mrs. Dorothy Dier any currently employed life-sustaining procedures; and it is further

ORDERED, that Susan Beath, Administrator of the Howard County Office on Aging, or her designee/successor shall be, and hereby is, granted the authority to execute and deliver to Summit Park Health Center, St. Agnes Hospital, or another licensed facility, (1) a "Do Not Resuscitate Order"; (2) directive instructions which include "Do Not Resuscitate" and "Do Not Intubate" directions; and (3) any other document necessary to effectuate the same; and it is further

1

ORDERED, that Susan Beath, Administrator of the Howard County Office on Aging, or her designee/successor shall be, and hereby is, granted the authority to consent to hospice services for Mrs. Dier.

Timothy J. McCrone, Judge

Copies Mailed: 5/6/08

cc:

Beverly I. Heydon, Esquire
Howard County Office of Law
3430 Courthouse Drive
Ellicott City, Maryland 21043

Ofelia Ross, Case Manager
Howard County Office on Aging
6751 Columbia Gateway Drive
Columbia, Maryland 21046

Ria Rochvarg, Esquire
P.O. Box 1907
Ellicott City, Maryland 21041-1907

Jerry L. Dier
11448 Rowley Road
Clarksville, Maryland 21029

Michele Lyons
5910 Mystic Ocean Lane
Clarksville, MD 21029

2

THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA
Case No. ⊘⊗-719(JR)

DOROTHY DIER
Incapacitated
Summit Park 1502 Frederick Rd. Catonsville, MD 21228
JERRY L. DIER, her son and next friend          Petition for a Writ of
11448 Rowley Rd. Clarksville, MD 21029          Habeas Corpus for a
                                                Person found Incapacitated

                    Plaintiffs
                                                In State Custody

        vs.

PHYLLIS MADACHY, DIRECTOR
OFFICE OF AGING,                                Howard County Circuit Court
HOWARD COUNTY, MARYLAND                           File No. 13-C05-63324
Court Appointed Guardian of the Person
Designated agents Peggy Rightenauer and
Opheila Ross
DOROTHY DIER held incapacitated
6751 Gateway Drive, Columbia, MD 21046  and
JUDGE DENNIS SWEENEY,
State of Maryland, Howard County Circuit Court,
Howard County, Maryland
8360 Court Avenue, Ellicott City, MD 21043
    Summit Park Holding Facility
Director, Jacqueline Hardy and her designee Lottie Dorsey
And Kim Williams, Unit manager
And Doctors Bernhard, Baskeran and Tansandra and
Charge Nurse Richards amongst others
1502 Old Frederick Rd.
Catonsville, MD  21228
                    Defendants
                      **ORDER**
    Upon the foregoing verified Petition, it is this _____ day of

_____, 2008, by the United States District Court for District of Columbia,

    ORDERED, that a representative of the United States Marshal's Service deliver

this true and correct Order of this Court Immediately to the Clerk of the Court for the

Circuit Court of Howard County, State of Maryland, 8360 Court Avenue, Ellicott City,

MD 21043.

    ORDERED that the State of Maryland Howard County Circuit Court

**IMMEDIATELY** STAY any further proceedings and/or any and activities by the State of Maryland Howard County Circuit or any of its agents such as Howard Department Office of Aging in the Matter of DOROTHY DIER, File No. 13-C05-63324, or in any matter pertaining to DOROTHY DIER.

    **FURTHER** Ordered that DOROTHY DIER be immediately released from her last known place of residence, Summit Park at 1502 Old Frederick Rd., Catonsville, MD 21228 to the Custody and Care of the United States Marshal's Service at my direction, or wherever she be found, so as to be placed in a medical facility, as named herein,

_____ , so as to receive a complete physical examination and care and treatment pursuant thereto and then to await further direction of this Court.

                                     _____

                                     JUDGE, UNITED STATES DISTRICT COURT
                                     DISTRICT OF COLUMBIA