**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DOROTHY DIER, *et al.*,           :
                                  :
        Petitioners,              :
                                  :
    v.                            :   Civil Action No. 08-0719 (JR)
                                  :
PHYLLIS MADACHY, *et al.*,        :
                                  :
        Respondents.              :

### ORDER

For the reasons stated in the accompanying memorandum the petition for habeas corpus [1] is **denied** and this case is **dismissed.**


                                JAMES ROBERTSON
                          United States District Judge